**CYRUS JOUBIN, ESQ.**
43 West 43rd Street, Suite 119 – New York, NY 10036
347-223-4296 (office); 703-851-2467 (cell)
718-228-7679 (fax)
joubinlaw@gmail.com

---

**VIA ECF**
Honorable Dale E. Ho
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Courtroom 905
New York, NY 10007

> Application **GRANTED.** The initial pretrial conference is **RESCHEDULED** to **January 24, 2024, at 10:30 A.M. EST.** The parties shall join the conference by dialing (646) 453 - 4442, and entering the Conference ID: 689 251 795, followed by the pound sign (#). The parties shall file the joint status letter and proposed case management plan by **January 17, 2024**. So Ordered.
>
> _/s/ Dale E. Ho_
> Dale E. Ho                            Dated: December 12, 2023
> United States District Judge          New York, New York

        Re:    <u>Christopher Bates v. Port Authority of New York and New Jersey, et al.</u>,
                23 cv 10160 (DEH)

Dear Judge Ho:

      As Plaintiff's counsel in this matter, I respectfully write to request the rescheduling of the initial pretrial conference in this matter. Defense counsel, David Kromm, consents to this request. On November 21, 2023, the Court ordered that the initial conference take place on January 31, 2024, at 3 p.m. (ECF No. 6). This date does not work for Plaintiff because the undersigned is scheduled to begin an approximately six-day trial on January 29, 2024 in the Eastern District of New York (_Laferriere v. Port Authority of New York and New Jersey, et al._, 23-cv-2728 [BMC]). Having conferred regarding an alternative date for the pretrial conference, the parties respectfully propose January 24, February 14, or February 28, 2024. This is the parties' first request for the rescheduling of the pretrial conference.

      Thank you for your time and attention to this matter.

                                Respectfully submitted,

                                _/s/ Cyrus Joubin_
                                Cyrus Joubin, Esq.
                                Attorney for Plaintiff

cc:    David Kromm
        _Attorney for Defendants_