**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

CHRISTOPHER BATES,

                        Plaintiff,                  23-CV-10160 (DEH) (OTW)

        -against-                      **ORDER**

PORT AUTHORITY OF NEW YORK & NEW
JERSEY, et al.,

                       Defendants.

-----------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a Pre-Settlement Conference Call on **Wednesday, September 25, 2024 at 3:30 p.m.** The dial in information is (866) 390-1828, access code 1582687.

**SO ORDERED.**

                                                                 *s/ Ona T. Wang*

Dated: September 3, 2024                          **Ona T. Wang**
       New York, New York                   United States Magistrate Judge