**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
CHRISTOPHER BATES,

                        Plaintiff,                       23-CV-10160 (DEH) (OTW)

        -against-                            **ORDER**

PORT AUTHORITY OF NEW YORK & NEW
JERSEY, et al.,

                     Defendants.
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a Pre-Settlement Conference Call on **Thursday, October 31, 2024 at 11:30 a.m.** The dial in information is (866) 390-1828, access code 1582687.

**SO ORDERED.**

                                                                  *s/ Ona T. Wang*
Dated: September 26, 2024                         **Ona T. Wang**
       New York, New York                    United States Magistrate Judge