**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
CHRISTOPHER BATES,

                Plaintiff,

                -against-

PORT AUTHORITY OF NEW YORK AND NEW JERSEY, et al.,

                Defendants.
------------------------------------------------------------x

23-CV-10160 (DEH) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 29.

The parties' request to adjourn the December 4, 2024, settlement conference is **GRANTED**. The December 4 settlement conference is hereby **ADJOURNED** to **December 19, 2024, at 10:00 a.m.**

The Clerk of Court is respectfully directed to close ECF 29.

**SO ORDERED.**

                                                                    *s/ Ona T. Wang*

Dated: November 19, 2024                        **Ona T. Wang**
       New York, New York                 United States Magistrate Judge